**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1709**

_____

THOMAS A. MCELVY,

                Plaintiff - Appellant,

      v.

NATIONSTAR MORTGAGE, LLC,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.   Mark S. Davis, District Judge.  (2:12-cv-00502-MSD-TEM)

_____

Submitted:  October 30, 2013      Decided:  November 6, 2013

_____

Before WILKINSON, SHEDD, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Thomas A. McElvy, Appellant Pro Se.  John Curtis Lynch, Jason E. Manning, Andrew Brian Pittman, TROUTMAN SANDERS, LLP, Virginia Beach, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Thomas A. McElvy appeals the district court's order granting Defendant's motion for judgment on the pleadings and dismissing this action arising out of a loan default. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McElvy v. Nationstar Mortg., LLC, No. 2:12-cv-00502-MSD-TEM (E.D. Va. Apr. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED